UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STRIKEFORCE TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> VASCO DATA SECURITY INTERNATIONAL, INC. and VASCO DATA SECURITY, INC., <br><br> Defendants. | Civil Action No. 1:17-cv-10423-RGS |

## ORDER OF DISMISSAL

Now come the parties in the above-entitled action, by their attorneys, and hereby stipulate

and agree that StrikeForce's claims in the action be dismissed WITH PREJUDICE, and that

Defendants' defenses and counterclaims in the action be dismissed WITHOUT PREJUDICE. All

attorneys' fees and costs to be borne by the party that incurred them.

SO ORDERED:

_Richard G. Stearns_
UNITED STATES DISTRICT JUDGE